Michael J. Niborski (State Bar No. 192111)
E-Mail: mniborski@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Tel: (310) 556-9608
Fax: (310) 556-9670

Donald S. Zakarin (*Pro Hac Vice Admission Pending*)
E-Mail: dzakarin@pryorcashman.com
Eric M. Fishman (*Pro Hac Vice Admission Pending*)
E-Mail: efishman@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Plaintiff*
WESi Technology Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WESI TECHNOLOGY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>OEM GROUP INC., and TEGAL CORPORATION,<br><br>Defendants. | Case No. 11 CV 1585 - MEJ<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER**<br><br>[Stipulation to Amend filed concurrently herewith]<br><br>Amended Complaint served on OEM Group Inc.: 5/31/2011 |

## ORDER

WHEREAS good cause is hereby shown, IT IS HEREBY ORDERED that the Scheduling Order dated March 31, 2011 shall be amended as follows:

|  | Current Date | New Date |
|---|---|---|
| Last Day to Meet and Confer re: Initial Disclosures; file ADR Certification; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 23, 2011 | July 7, 2011 |
| Last Day to file Rule 26(f) Report; complete Initial Disclosures; File Case Management Statement | July 7, 2011 | July 21, 2011 |
| Initial Case Management Conference | July 14, 2011 10:00 a.m. | July 28, 2011 10:00 a.m. |

IT IS SO ORDERED.

Dated: \_\_\_June 21\_\_\_ , 2011     By: _____
United States Magistrate District Judge

2