Michael J. Niborski (State Bar No. 192111)
e-mail: mniborski@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 556-9608
Fax: (310) 556-9670

Eric M. Fishman (admitted *pro hac vice*)
E-Mail: efishman@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Plaintiff*
WESi Technology Limited

**GRANTED**
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WESI TECHNOLOGY LIMITED, | Case No. CV 11-1585 MEJ |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| OEM GROUP INC., and TEGAL CORPORATION, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED, by all parties to this action, through the undersigned counsel of record, as follows:

2. 1. All claims presented by the Amended Complaint ("Complaint") and all claims which could have been presented based on the subject matter of the Complaint shall be dismissed with prejudice as to Defendant OEM Group Inc. pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or its own costs and attorneys' fees, and each party hereby waives any right to move for or otherwise pursue an award of attorneys' fees, costs or sanctions against any other party or his or its attorney.

PRYOR CASHMAN LLP

Dated: November 30, 2011     By:  /s/ Michael J. Niborski
                                  Michael J. Niborski
                                  1801 Century Park East, 24th Floor
                                  Los Angeles, California 90067-2302
                                  Tel: (310) 556-9608
                                  Fax: (310) 556-9670
                                  mniborski@pryorcashman.com
                                  *Attorneys for Plaintiff WESi Technology Ltd.*

POLSINELLI SHUGHART LLP

Dated: November 30, 2011     By:  /s/ David Lunn
                                  David Lunn
                                  One East Washington Street
                                  Suite 1200
                                  Phoenix, AZ 85004-2568
                                  (602) 650-2046
                                  dlunn@polsinelli.com
                                  *Attorneys for Defendant OEM Group Inc.*